CITY BANK FARMERS TRUST COMPANY, as Trustee under a Deed of Trust, etc., Made by MARY GERTRUDE ABBEY (Now Deceased), for the Benefit of Said MARY GERTRUDE ABBEY and Others, Appellant, Respondent, v. SUSAN MARGERY ARNOLD and Others, Defendants, Impleaded with MARGERY ELEANOR ARNOLD and Others, Appellants, Respondents, and NATIONAL ACADEMY OF DESIGN and Others, Respondents.— Judgment so far as appealed from affirmed, with costs to all parties appearing by separate counsel and filing separate briefs herein, payable

out of the fund. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.